JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-143-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICES<br>Title 26 U.S.C. § 5861(d)<br>(Penalty: Ten years of imprisonment, a $250,000 fine, and three years of supervised release) |
| KADIN HAWKEYE LEWIS,<br><br>Defendant. | |
| | CRIMINAL FORFEITURE<br>Title 26 U.S.C. § 5872(a) |

THE GRAND JURY CHARGES:

That in or about September of 2022, at or near Emigrant, in Park County, in the State and District of Montana, and elsewhere, the defendant, KADIN HAWKEYE LEWIS, knowingly possessed firearms, which were destructive

1

devices as defined by 26 U.S.C. § 5845(a)(8) and 26 U.S.C. § 5845(f), that were not registered in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

*/s/ Timothy J. Racicot*
For JESSE A. LASLOVICH
United States Attorney

*/s/ Cyndee Peterson*
CYNDEE L PETERSON
Criminal Chief Assistant U.S. Attorney