**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. N., Suite 300**
**Great Falls, MT  59401**
**Phone:    (406) 761-7715**
**Fax:        (406) 453-9973**
**E-mail:   jeff.starnes@usdoj.gov**

FILED

OCT 17 2024

Clerk, US District Court
District of Montana - Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 23-143-BLG-SPW** |
| **Plaintiff,** | **SUPERSEDING INDICTMENT** |
| **vs.** | **POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICES (Count 1) Title 26 U.S.C. § 5861(d) (Penalty: 10 years of imprisonment, $250,000 fine, and three years of supervised release)** |
| **KADIN HAWKEYE LEWIS,** | |
| **Defendant.** | |
| | **ATTEMPTED MALICIOUS USE OF FIRE AND EXPLOSIVES (Count 2) Title 18 U.S.C. § 844(i) (Penalty:  Mandatory minimum five to 20 years of imprisonment, $250,000 fine, and three years of supervised release)** |
| | **CARRYING EXPLOSIVES DURING THE COMMISSION OF A FELONY (Count 3) Title 18 U.S.C. § 844(h)(2) (Penalty:  Mandatory 10 years of imprisonment, consecutive to any other count of conviction, $250,000 fine, and three years of supervised release) CRIMINAL FORFEITURE** |

1

|  | **Title 26 U.S.C. § 5872(a)**<br>**Title 18 U.S.C. § 844(c)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That in or about September of 2022, at or near Emigrant, in Park County, in the State and District of Montana, and elsewhere, the defendant, KADIN HAWKEYE LEWIS, knowingly possessed firearms, which were destructive devices as defined by 26 U.S.C. § 5845(a)(8) and 26 U.S.C. § 5845(f), that were not registered in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## COUNT 2

That in or about September of 2022, at or near Emigrant, in Park County, in the State and District of Montana, and elsewhere, the defendant, KADIN HAWKEYE LEWIS, intended to maliciously damage and destroy by means of fire and an explosive, any building, vehicle, and other real or personal property used in interstate and foreign commerce, and in any activity affecting interstate or foreign commerce, and the defendant took a substantial step towards the commission of that offense, all in violation of 18 U.S.C. § 844(i).

## COUNT 3

That in or about September of 2022, at or near Emigrant, in Park County, in the State and District of Montana, and elsewhere, the defendant, KADIN

HAWKEYE LEWIS, knowingly and unlawfully carried an explosive during the commission of any felony which may be prosecuted in a court of the United States, namely possession of an unregistered destructive device, as charged in Count 1 of this superseding indictment, and attempted malicious use of explosives, as charged in Count 2 of this superseding indictment, in violation of 18 U.S.C. § 844(h)(2).

## FORFEITURE ALLEGATIONS

1.    Upon conviction of the offense set forth in Count 1 of this superseding indictment, the defendant, KADIN HAWKEYE LEWIS, shall forfeit, pursuant to 26 U.S.C. § 5872(a), any and all real or personal property, including the destructive devices described in this indictment, used and intended to be used in any manner and part, to commit, and facilitate the commission of the said offenses.

2.    Upon conviction of either offense set forth in Count 2 and Count 3 of this superseding indictment, KADIN HAWKEYE LEWIS, shall forfeit, pursuant to 18 U.S.C. § 844(c), any explosive materials involved or used or intended to be used in the commission of the said offense.

A TRUE BILL.                    Foreperson signature redacted. Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L PETERSON
Criminal Chief Assistant U.S. Attorney

3