STEVEN C. BABCOCK
GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th, Suite 401
Billings, Montana 59101
steven_babcock@fd.org
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-23-143-BLG-SPW |
| Plaintiff, | |
| vs. | **STIPULATION RE: FORENSIC MENTAL HEALTH REPORTS** |
| KADIN HAWKEYE LEWIS, | |
| Defendant. | |

## INTRODUCTION

Defendant Kadin Hawkeye Lewis, through his counsel of record, Steven C. Babcock and Gillian E. Gosch, Assistant Federal Defender's, and the United States of America, represented by Jeffrey K. Starnes, Assistant United States Attorney for

1

the District of Montana, hereby notify the Court that they have stipulated to the following.

## STIPULATION

**Forensic Mental Health Findings and Conclusions:**

The parties stipulate to the defendant's forensic mental health findings and conclusions completed by the Bureau of Prisons, Psychologist Cynthia A. Low, Forensic Unit Psychologist on January 14, 2025.

RESPECTFULLY SUBMITTED this 25th day of February 2025.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
    Counsel for Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant

/s/ Jeffrey K. Starnes
JEFFREY K. STARNES
Assistant U.S. Attorney