IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | CR 23-143-BLG-SPW<br><br>ORDER |

Upon the parties' joint Stipulation re: Forensic Mental Health Reports (Doc. 48), wherein the parties stipulate to the Defendant's forensic mental health findings and conclusions completed by the Bureau of Prisons, Psychologist Cynthia A. Low, Forensic Unit Psychologist on January 14, 2025,

**IT IS HEREBY ORDERED**:

The Court has determined that Defendant Kadin Hawkeye Lewis is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS FURTHER ORDERED** that the competency hearing set for Thursday, March 20, 2025 at 9:30 a.m. is **VACATED**.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of February, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge