# DEFENDANT'S EXHIBIT A
# Bate Page 1946

**United States v. Kadin Hawkeye Lewis**
**CR-23-143-BLG-SPW**

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry      08/26/2024

On August 26, 2024, the writer received a thumb drive in the mail from DCI Agent James Ward. The thumb drive contained copies of various writings allegedly done by Kadin Lewis. Previous telephonic conversations with Ward yielded that he would forward to the writer scanned copies of the documents received from Kamran Mallak, scanned copies of the Lewis' original journal, and previous jail writings. The writer reviewed the writings and made the following observations:

*File 56-77 Kaden Lewis Handwritten Docs & Drawings* - 22 pages of journal writings previously documented in Serial 3

*File 78-131 Kaden Lewis - Journal Entries* - 54 pages from Lewis' original journal

*doc00063920240812093104 - MATIC SCAN* - 32 pages that appear to be from Lewis' time at the Yellowstone County Detention Facility in July 2024

Page 1 shows a drawing of a figure wearing a skeletal mask, dark trenchcoat holding a firearm with a silencer, standing next to a grenade and Molotov cocktail.

Page 3 describes Lewis' alleged confession to the homicide in September 2022.

Page 5 states the following:

"I Kadin Lewis will carry out my mission like no other because I don't want to live anymore and I want to be a extreme victim with the power of my AR15. You'll all run in fear and hide while I'll live stream the whole shooting on Instagram for everyone to see when I use the power of my AR15 to raise hell on all of you in less than five seconds in five hours I'm a trigger happy soldier that is ready to use my shooting iron whatever it takes. I'm tired of being moving around from place to place and dealing with mom's boyfriends and girlfriends breaking up with me cause they think I'm not good enough for them. I'm a good looking guy why can't you women just give me a chance to

**UNCLASSIFIED//FOUO**

| | | |
|---|---|---|
| Investigation on   08/26/2024   at   Bozeman, Montana, United States (In Person, Mail) | | |
| File #   266N-SU-3665883 | | Date drafted   08/26/2024 |
| by   Matthew J. Deurmeier | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.