# DEFENDANT'S EXHIBIT B
# Herman Text Messages

**United States v. Kadin Hawkeye Lewis**
CR-23-143-BLG-SPW

Attachment A







**Heidi Task...** Mobile

first. Also I finished documents to wrap the mom up with tampering

I had her before but kept it as an ace in the hole. She destroyed Kadin's phone

In the homicide that can carry 10

I'll talk with the prosecutor more on Kams case but I made the head DA aware that he helped us out.



him under witness protection

Well we talked about taking the whole thing federal and it's in play. The witness stuff will depend on the federal stuff. If it's globalized then he qualifies for federal witness aid if not he still has options because of the information he gave about the cocktails

8/16/24 8:37 PM

Ok I think they know it can all go federal













