# DEFENDANT'S EXHIBIT D
# 10.14.24 – Herman and Mallak Jail Call Transcript

**United States v. Kadin Hawkeye Lewis**
**CR-23-143-BLG-SPW**

1  **KEY:**

2  **KM:   KAMRAN MALLAK**

3  **SH:   SHAWN HERMAN**

4  **AV:   AUTOMATED VOICE**

5  AV:  All phone calls are subject to monitoring and recording.

6  SH:  I don't know what happened.

7  KM:  Hey, Shawn, let me tell you something.

8  SH:  What?

9  KM:  Now, this is just, now, now, you remember Morgan, that

10  girl?

11  SH:  Yes.

12  KM:  Did she know, does she know anything about what's going

13  on?

14  SH:  I don't think so.

15  KM:  Yeah, maybe it's just my paranoia.  Well, some girl

16  named Morgan's been trying to reach out to me.

17  SH:  Hmm?

18  KM:  Yeah.  That's what I'm telling you.  I'm not stupid.

19  I'm not fucking, I'm, I'm—

20  SH:  Is it Morgan, Morgan, Morgan McKeen [Phonetic 00:00:35]?

21  KM:  No, no, no, talking about that girl who was about to get

22  killed, remember?  I, I think the Morgan that I can—

23  SH:  Yeah, she's related to the McKeens.

24

25

1  KM:  I don't know.  But I, maybe it's just my paranoia.  But

2  look, when, when birdbrain told me that shit's not going to

3  work, that, that silver platter doctrine.

4  SH:  Yeah?

5  KM:  She knows her son fucked up.  She knows her son got

6  sloppy, or she thinks that.  And I, and, and I, she told me

7  that you told her everything.  And I know we've already been

8  over—

9  SH:  I didn't tell her shit, nigga.

10  KM:  I know, I know, I know.  But, but you see, this, believe

11  me, I'm on your side here.  She told me that you told her

12  everything, okay?

13  SH:  I didn't tell her nothing.  I'm just saying.

14  KM:  She was fishing.  I know you didn't.

15  SH:  Okay.

16  KM:  She was fishing.  So, that makes sense after what you

17  just read to me, that silver doctrine.  She's worried that

18  they have something, and that it can be used against her.

19  Okay.  She thought, she doesn't give a fuck about her son.

20  She's more worried about herself.

21  SH:  I know.

22  KM:  That's why you need to get that fucking letter and hold

23  onto it, and, or give it to the right person.

24  SH:  Yeah.  I haven't got anything yet.

25  KM:  I don't believe you.

1  SH:  I swear to God on everything I love, dude, I have not

2  gotten a letter from you.

3  KM:  You got that fucking letter.  I know you do.

4  SH:  No, I did not, Kam.

5  KM:  Well, today's Monday.  No mail today?

6  SH:  No, it's a holiday.

7  KM:  They didn't transport it on the holiday?

8  SH:  Yeah, commercial probably.

9  KM:  Okay.  Just so we're clear, last time I'm going to talk

10 about this, do you understand why I'm so, why I'm talking to

11 you about this silver doctrine platter, whatever, silver

12 platter?

13 SH:  Yes.

14 KM:  Because she mentioned it to me, and she sent it where

15 she's implying that if, hypothetically, if something would be

16 given to the feds, whatever, it won't be, it, it, it won't

17 be, it won't be any good because whatever reason.  And I'm

18 thinking like, "Why would she tell me this?"  Now I want to

19 know why she said that.  That's the only reason why I brought

20 that up.  Okay?  Should I worry [Unintelligible 00:02:40]—

21 SH:  Well, this is the thing, they can use it plus they have

22 him on a recording from the jail.  Come on, dude.

23 KM:  Not only that, not only that—

24

25

1  SH:  Like, everybody knows that they can record you, and

2  there's, there's little signs all over the pods that says,

3  "You will be recording—"

4  KM:  Look, not only that, okay, it's not just that, but, I

5  don't know.  Look, they, they, they, they didn't give it

6  illegally.  It was brought to them.  It was given to them.

7  SH:  I know.

8  KM:  And that, that little recording that you talking about

9  ain't going to be, ain't going to be shit without my help,

10  and I'm not going to help them.

11  SH:  Right.

12  KM:  Okay?

13  SH:  She is fishing hard.

14  KM:  I know.  She asked me, you don't want to pay attention

15  sometimes, Shawn.  I think that you're just too overwhelmed.

16  She told me, she asked me if I, if I thought, if I think her,

17  if she's okay and her son's going to be okay.  I said, "Why

18  would you ask me that?"  She's worried.  She, she knows

19  what's up?  She turned him in because she said she was

20  worried about her son's life, the cops killing her son.  No,

21  yes, four days.  You knew he got killed the second it

22  happened, like, two seconds literally after it happened.  You

23  picked him up, and you went to a motel room.  You sat for

24  three or four days, and then you cleaned up the story, you

25

1  got rid of the evidence, destroyed the phone, and you turned

2  him in.

3  SH:  Yeah.

4  KM:  Okay?  Read that letter.  That's his, that's his

5  handwriting in there.  He, his mom put him up to this.  She,

6  yeah, he's a piece of shit for what he did.  She's a bigger

7  piece of shit for destroying other, Casey's, life and his

8  life, too.

9  SH:  Yeah, and she has, like, no remorse whatsoever.

10 KM:  Not, not once at all.  And Shawn, Shawn, I don't want to

11 fucking, I don't want to have the feds, I don't want to talk

12 to the feds, I don't want to fucking look at everyone who's

13 coming around me, I don't want the prosecutor coming in here

14 and fucking asking me anything.  I don't want the neither of

15 them, any of these guys talking to me.  They fucked up.  I

16 gave them a letter.  I, I sent them a letter two weeks ago.

17 My thoughts will be tomorrow.  And they, not even give a

18 fucking response back.  Okay?

19 SH:  Yeah.

20 KM:  They're not going to get any help.  They're not going to

21 get help from me or you.  They fucked up.  Okay?  My lawyer

22 thinks that whatever this, as long as you, my lawyer believes

23 that as long as you have a text message from one of those

24 guys saying what the deal was, they might have to honor it.

25

1  SH:  Yeah, that's what he told me, and I sent him all those

2  text messages.

3  KM:  That, that, okay, that's my lawyer is thinking.  That's,

4  that's what he's thinking, but what are you thinking?  Is

5  that good?  Should they—

6  SH:  Yeah.

7  KM:  —promised me I would not go to prison.  They promised me

8  that.  That's really sick.

9  SH:  They said deferred sentence.

10  KM:  Fuck, you need to call this Colin Rubich, whatever his

11  name is.  You should talk to him.

12  SH:  I've been trying to get a hold of him, but he's got some

13  shit trials that they're doing right now.  But—

14  KM:  Who's got carte blanche on this?

15  SH:  Who's got what?

16  KM:  It's spelt C-A-R-T B-L-A-N-C-H-E.  Do you know what that

17  means?

18  SH:  No?

19  KM:  Look it up.  It's a, it's a political term.

20  SH:  It's what?  C-A what?

21  KM:  C-A-R-T-E B-L-A-N-C-H-E.  Because it's the one who

22  orders—

23  SH:  B-L—

24  KM:  A-N-C-H-E, carte blanche.

25  SH:  A-N-C-H-E.

1  KM:  It means that sole authority over everything, over all

2  the feds, everything.  Who's got full control and authority

3  over everything?  That's who I want to talk to.

4  SH:  "Complete freedom to act as one wishes or thinks best."

5  KM:  What?

6  SH:  I'm reading still.

7  KM:  I thought Ryan had carte blanche on this.

8  SH:  "Receive the power or authority to do as one wishes."

9  "The Prime Minister herself did not take any action on the

10  refugee issue, but gave her ministers an interior carte

11  blanche to deal with the situation over the proper—"

12  KM:  Yeah.  Who, who's got carte blanche in this?  I thought

13  it was Ryan.  I guess it's not, hmm?

14  SH:  Well, no, he just turns it over once they're done, and

15  then, they have their lawyers.  I'm not sure who their

16  lawyers are.

17  KM:  Shawn, you know, like, one time, before all this

18  happened, is they had to got together, like, with a panel or

19  something.  A bunch of them had to have gotten together to

20  see if it was even any reason that they had enough motive to

21  recharge him.  And I'm, and I'm sure you mentioned it to me,

22  one time they did.  They all got together.  Here's what I

23  don't understand.  You got, you got a hold of this guy, and

24  he got a hold of you, and you still don't know his last name.

25  SH:  Well, because—

1  KM:  It's not your fault, I know, but how did you reach out

2  to him?

3  SH:  I just made a phone call.

4  KM:  Whoever is it—

5  SH:  I made a phone call up to where, who was the detective

6  that was doing the state side of it, and then, he contacted

7  Ryan, Ryan contacted me, and then, Ryan contacted my other

8  guy, AJ, and then, like, after AJ got a hold of him—I'm going

9  to call AJ and have AJ reach out to him.

10  KM:  That's what I'm saying.  That's what, that's all I'm

11  trying to do here is figure out is, there's, there's other,

12  there's other parties involved here.  Why does it have to be

13  so difficult?  I don't care if they don't want to help me.  I

14  don't  [Unintelligible 00:08:36] a bunch right now.  I can't

15  keep pushing my trial back.

16  SH:  I understand that.  So—

17  KM:  And—

18  SH:  —did you talk to somebody in your family and tell them

19  that you were getting out in a year?

20  KM:  No, who said that?

21  SH:  Amir told me that your uncle said that.  I was like,

22  "What?"

23  KM:  I told my uncle at the beginning of, by the end of the

24  year, this year.

25

1  SH:  Oh, okay.  Because your uncle and all, everybody here,

2  your, the whole family is getting ready to move.

3  KM:  Okay.  [Unintelligible 00:09:13].

4  SH:  Because they're going to Vegas.

5  KM:  I know.

6  SH:  Okay.

7  KM:  Hey, tell my brother I want Waddle's [Phonetic 00:09:21]

8  number and his information.  Hey, just tell him, tell

9  him, Waddle won't tell him.  You know who, you know who

10  stays in touch with me is his, his ex-wife.

11  SH:  Oh, okay.

12  KM:  Her name's Amira.  She's, she's, she's Palestinian or

13  Lebanese.

14  SH:  What is Waddle's—

15  KM:  Roger.  I forgot Waddle's last name.  How much time is

16  he doing?

17  SH:  I don't know.  I'll ask him later.

18  KM:  That's my boy right there.  That's my homie.  He's from

19  Houston, right?

20  SH:  I don't know.

21  KM:  Yeah, he's from Houston.

22  SH:  I didn't ask all those questions.

23  KM:  He's fucking dumb.  That's like my brother.  Thinks he's

24  a kingpin.

25

1  SH:  Oh, fuck.

2  KM:  when I was out there doing my thing, I didn't, I didn't,

3  I wasn't contracted, I wasn't selling for nobody, I wasn't, I

4  didn't answer to nobody.  Whatever I did, whatever I did, I

5  was doing for me.  I didn't harm nobody, I didn't take from

6  nobody, I didn't steal from nobody, I didn't gangbang, I

7  didn't go around and drive around with guns or nothing.  I

8  didn't do none of that fucking shit.  The worst that I got,

9  the worst I did was get high from time to time.  And, and,

10 and you know what?  I have my own house.  I don't, I don't

11 leech off nobody.  I don't take advantage of people.  I pay

12 my own bills, you know what I'm saying.

13 SH:  Hm-hmm [affirmative].

14 KM:  And all these motherfuckers out there who's running

15 around, selling drugs, and acting like they're gang members,

16 I mean, they don't, what they got?  They got nothing to show

17 for anything, you know.

18 SH:  Okay.

19 KM:  I, I did.  All I did was get in the car with somebody.

20 SH:  And that's, my son got lucky, they gave him his

21 [Unintelligible 00:11:04] back.

22 KM:  How did he get his [Unintelligible 00:11:05] back?

23 SH:  What do you mean?

24 KM:  Did somebody make him a deal?

25 SH:  No.

1  KM:  I'm kidding.  I'm just fucking—

2  SH:  He went in there, he went in there and apologized, but

3  puke-ass Steve Hurd [Phonetic 00:11:20] wasn't on the board

4  that day when he, when he seen him, thank God, because he's a

5  fucking punk.  And—

6  KM:  [Unintelligible 00:11:26] John Hurd or Steve?

7  SH:  Steve Hurd.  And so, the three people that were on the

8  board, they said, well, we see that you're in your class that

9  you were supposed to be taking, and Daniel said, "Yeah, I've

10 already started it," and that's when they said that, they

11 reinstated him.  So, once he's done with that class in March

12 or April, then he goes to inmate worker for a year.

13 KM:  Where at, Billings?

14 SH:  We don't know yet.  He's going to have to apply.  But—

15 KM:  I'm happy for him.

16 SH:  I told him, I said, "You know they just gave you a rope

17 to hang yourself just to be good," and they overrode him back

18 down to the low side.  But he told them he doesn't want to go

19 back down to the low side.  He's just going to stay on the

20 high side with Bobby and shit up there.

21 KM:  Bobby who?

22 SH:  Bobby Wainey [Phonetic 00:12:22].

23 KM:  Oh.  Hey, Shawn, it's crunch time.  I know you got a lot

24 on your plate.  I need to know, I know I keep asking you this

25 every time I talk to you.  You got my back on this?  Are we

1  all here on this?  It's like, because it's, it's crunch

2  time.  We're not going to get these opportunities again.  I'm

3  not trying to be a dick to these guys.  Because the feds,

4  they need to fucking let us know something.  Remember, they

5  came to us.

6  SH:  I know.

7  KM:  And, and, and we're waiting on these test results to

8  come back, which I know what's going to be the outcome of

9  that, it's going to be negative.  And then, we'll make our

10 move from them.  If they don't want, they need to, they need

11 to understand it's now or never more than anything.  More

12 than ever before, it's now or never.  And my position still

13 remains the same.  I want to help that kid, and, and, bring

14 some closure to his family.  You know what I'm saying?

15 SH:  Yep.

16 KM:  Okay.  And it's not about them or me.  It's about him.

17 SH:  I know.

18 KM:  And, and, and don't lose me on this.  They're losing me.

19 I'm like 20 percent, you know.  I just, I mean, that's 80

20 percent not doing it, 20 percent doing it.  You know what I

21 mean.

22 SH:  Yeah.

23 KM:  Every day is getting lower and lower, and just give us a

24 fucking response, man.  I'm writing, just wrote a letter

25 tonight, and I'm going to tell them.  I said, "Don't, if you

1  guys already fucking proved to me you don't give a fuck

2  about my, my trial.  I let you guys know what's going on.

3  And don't come to me when you guys need my help."  It's all

4  written in the note.

5  SH:  All right.

6  KM:  [Unintelligible 00:13:57].

7  SH:  I know, dude.

8  KM:  They're fucking with ruffles here right now.  I mean,

9  we're seriously fucking with some people's lives.  I'm going

10 to be all right.  I'm not, I don't give a fuck, you know what

11 I'm saying.

12 SH:  I know.

13 KM:  Hey, Teller.  You said you grabbed me a meal deal last

14 night?

15 SH:  Yes, Kamran.

16 KM:  Shit.  70?

17 SH:  Yep.

18 KM:  God damn.

19 SH:  Gets you 68 of them.

20 KM:  Did my uncle tell you when he's, he—

21 SH:  I talked to him.  Oh.

22 KM:  —they're getting ready, getting ready to leave?  He's

23 not going to leave until next year.

24 SH:  No, Amir was telling me.

25

1  KM:  Yeah, no, my family's not going to, no, my uncle's at a

2  mosque, a church out here.  He's got property.  It's all

3  going to take a while to liquidate and get, you know what I'm

4  saying.

5  SH:  Yeah.

6  KM:  I'm not moving.  I'm staying right here.  I don't give a

7  fuck if my family moves or not.  They can go wherever they

8  want.  They have the right to go wherever they want, and I'm

9  going to stay right here where I'm at.

10  SH:  I was just letting you know.

11  KM:  I know.

12  SH:  I don't know who keeps calling me from the jail that's

13  not you.

14  KM:  Right now?

15  SH:  And that retard over there—no, that retard over there

16  sent me a message, but I didn't reply to him because he's a

17  fucking retard.

18  KM:  Good, Shawn.  Don't ever buy him a package.  Don't ever

19  let him talk you into giving him money.  He's a fucking bum,

20  okay?

21  SH:  I don't give nobody anything.  You got me fully fucking

22  confused.

23  KM:  Yeah, you try to fucking tell me.  You tell, tell you to

24  fucking give him, hook him up.  Let's see, fuck you, man.

25  [Unintelligible 00:15:33] don't even talk to you.

1  SH:  Hook him up what?

2  KM:  He, he wants you to help him with his case?

3  SH:  Nigga, he ain't got enough money.

4  KM:  He's a broke-ass hoe.

5  SH:  He ain't got a 5,000 dollar retainer, first of all.

6  Tell him if he's got a 5,000 retainer, then we'll talk.  But

7  other than that, it ain't happening.

8  KM:  Hey, did my lawyer send you that affidavit statement?

9  SH:  No, he hasn't sent me anything yet.

10 KM:  Okay.  I, I wish somebody would just call Ryan to call

11 Scott Twito and get to the bottom of this.

12 SH:  Well, your attorney was going to call up there because

13 Twito will talk to him.  He won't talk to me [Unintelligible

14 00:16:21].

15 KM:  Twito?

16 SH:  Yeah.  He, yeah.

17 KM:  But like I said, once it's too late, it's no, you can't

18 undue the damage.  They have a golden opportunity, they have

19 a golden opportunity right now, and they need to fucking

20 understand that.  What, I got nothing to lose, man, okay.

21 You guys fucking played me.  You guys used me and shit.  They

22 need to fucking do something.  If not, let us know.

23 SH:  Oh, I think that hurts.

24 KM:  Did you just find out if it's here?

25 SH:  Oh, it's not coming up on the roster.

1  KM:  Why don't you just call the jail?  256-6881.

2  SH:  You act like I don't fucking know the number by heart.

3  KM:  You don't.

4  SH:  Okay.

5  KM:  [Unintelligible 00:17:08]—

6  SH:  Because you know what's crazy?  Listen.  This is what's

7  crazy.  The jail is 256-6881—

8  KM:  66-6861—

9  SH:  And—

10  KM:  Public defender.  I know what you're going to say.

11  SH:  Yeah.

12  KM:  I'm one step ahead of you.  I'm one step ahead of you.

13  SH:  Yeah.

14  KM:  You think I'm dumb, hmm?

15  SH:  No.

16  KM:  He thinks I'm dumb.  She hates me because I'm smarter

17  than her.

18  SH:  Oh, my God.

19  KM:  Do you think Danny's going to be able to stay sober?

20  SH:  I don't know.  Not my business.

21  KM:  You said it best, "They're going to give him enough rope

22  to hang himself with."

23  SH:  Oh, Daniel.  I thought you were talking about Big Danny.

24  KM:  No.  She'll never stay sober.

25  SH:  No, Daniel will be all right.

1  KM:  Tell Big Danny to go to a pow wow or fucking fix her

2  soul or something.  Did you hear me?  Tell her to go to a

3  sweat.

4  SH:  I hear you.

5  KM:  Danny, if you can hear me, go to a pow wow for your

6  spirit.

7  SH:  Oh, my God.

8  KM:  What?

9  SH:  You.

10  KM:  What's he doing?

11  SH:  Nothing.

12  KM:  Does he sit there and listen to you all day?

13  SH:  No.  He stays in his room.

14  KM:  He wants to marry you again, Shawn.

15  SH:  That'll never happen in a million years.

16  KM:  Why?  He got that opportunity once?

17  SH:  Yep.

18  KM:  Make his dreams come true, marry him and move away.  Go

19  to Hawaii or something.  You're your own worst enemy, you

20  know that?  You can go to Hawaii right now and just let it

21  all go, be free.  Instead, you want to deal with all this.

22  SH:  I don't want to go to Hawaii.  Are you crazy?

23  KM:  Instead, you want to deal with our criminals and

24  bullshits.  Just imagine how much freedom you would have

25

1  afterwards all of our bullshit.  Are you going to come to

2  jail?

3  SH:  Yeah, no.

4  KM:  Are you going to text me and let me know that he's here

5  later?

6  SH:  Hmm?

7  KM:  Are you going to text me and let me know later if he's

8  here?

9  SH:  Well, I did.

10  KM:  Okay.  Well, I'll let you go.

11  SH:  Hold on.

12  KM:  What do you mean hold on?  You hold on.

13  SH:  I was messaging Ryan.

14  KM:  Oh, Ryan?

15  SH:  I was messaging Ryan, and, oh, wait.

16  KM:  What'd you tell him?

17  SH:  "Well, can [Unintelligible 00:19:38]?  Did you receive

18  that other?  Is it back to work on break?"  Just, "I took

19  care of it."

20  KM:  What did he say?  He responded to you?

21  SH:  No, that was Ilya [Phonetic 00:19:52].

22  KM:  What's he asking?

23  SH:  Ilya just asked me if I received that for you.  Like,

24  that was forever ago.  [Unintelligible 00:20:08].  Oh, I have

25  a lunch date on the 26th.

202410142014_50639_5094705726_127

1  KM:  Who does?

2  SH:  Well, it's a work lunch date, fuck.

3  KM:  Who has a what lunch date, you?

4  SH:  Yes.

5  KM:  So, what, Ryan did not respond to you at all?

6  SH:  Not yet.  With Casey.

7  KM:  Hmm.

8  SH:  Because I gotta go over everything I need for when I go

9  to Minnesota.  They've got a bunch of people I've gotta meet

10  with down there and shit, so...  Oh, my God.  Shut up.  Two

11  mil, all I need to set this up because I go through a bunch

12  of shit to do it, and I gotta make sure my zoning's right and

13  stuff.  What?

14  KM:  And so, what do you think is going to happen?  They're

15  not going to help us, hmm?

16  SH:  I don't know right now.  I need one of them to talk to

17  me.  That's what I need.

18  KM:  Yeah, you call them in the morning.  Blow them up until

19  you get, call their office.

20  SH:  But, fuck.

21  KM:  I gave you James Ward's number.

22  SH:  I know.  I got court Wednesday morning, and that should

23  be my last court date on Amelia for a while because I told

24  them, I said, "Look, y'all going to have to stick some shit

25

1  on hold because I am leaving, and I have to do this.  So,

2  y'all going to have to figure it out."

3  KM:  You talked with Amelia, have you?

4  SH:  Oh?

5  KM:  What about Molly?  How's she doing?

6  SH:  Good.

7  KM:  She got a check finally?

8  SH:  Yeah, this is how dumb they are, okay?

9  KM:  Yeah.

10 SH:  So, they were trying to get Amelia to do business with

11 me, right?  This is what she told them.  Now, if you were

12 somebody looking on the other side, you tell me what you

13 would think.  Okay?  She says, "Well, I don't really want to

14 see my grandma right now because I know she's mad at me."

15 Yeah, because you lied.

16 KM:  Because you lied.  She knows she gotta get a

17 [Unintelligible 00:22:29].

18 SH:  Yeah.  And none of these motherfuckers can figure out

19 what that means?  Come on, people.  Are you all fucking just

20 retarded?  Like—

21 KM:  My sister did the same thing to my family.

22 SH:  But, well, Daniel's been trying to get her to admit on

23 the phone to him that, that she lied because if she does,

24 it's recorded, and we can use it.

25

202410142014_50639_5094705726_127

1  KM:  But be careful.  He could be baiting her.  They're

2  going to say he's baiting her.

3  SH:  He's not baiting her.  He just asked her, "Why don't you

4  want to talk to grandma?"

5  KM:  I'm just saying, you know how they are.  I know—

6  SH:  I know how they are, but I'm just saying.

7  KM:  I just, I know what you're saying.

8  SH:  You know, I, I know what I'm doing.  The only thing I

9  haven't done yet is I haven't, I'm about there, I haven't

10  called my business partner to ask her brother-in-law to step

11  in on this because I'm trying to do it on my own.  But if he

12  steps in on this, it's not going to be pretty.

13  KM:  Why don't you ask him for a loan?

14  SH:  He's a senator.  What are you talking about?

15  KM:  I'm talking about your, talking about the other guy.

16  SH:  Uh-uh [negative].

17  KM:  Why?  That's your problem, Shawn, you're not proactive.

18  SH:  Why would I ask him for a loan when he's going to write

19  a check for 600,000 fucking dollars for [Unintelligible

20  00:23:57].

21  KM:  Yeah.  Get an advance.  You're struggling right now.

22  It's okay to admit that you're struggling.

23  SH:  Kamran, I will not ask him for money.  He knows I'm

24  having a, a hard time right now.  If he wants to give it to

25  me, he will, but he's also—

1  KM:  He's full of shit.

2  SH:  —putting down a shit-town of money.  You need to figure,

3  look at, he's going to pay 600,000 dollars just for the

4  building, plus all the remodel.  We're talking about a

5  million dollars in the works.

6  KM:  Yeah, Shawn, you know what?  I'm saying this to you as a

7  friend.  He's full of shit.  He's not going to give you a

8  God-damned thing.  Don't let him lie to you.  He couldn't

9  even give you a fucking steak.  He didn't tell you he was in

10  town.

11  SH:  See, this, this is the thing, look at, I could ask him

12  for a loan anytime.  He'd probably give it to me.

13  KM:  I know he will.

14  SH:  But I won't do it because he's doing too much for me,

15  and no, he won't lie to me.  He's never lied to me ever in

16  the fucking 40—

17  KM:  Look—

18  SH:  —fucking years I've known him.

19  KM:  Charge his ass, Shawn.  He couldn't, didn't even tell

20  you he was in town to give you a fucking steak, okay?  You—

21  SH:  Give me a steak?  How's he going to give me a steak when

22  he's hauling live cows?  Just chop one up?

23  KM:  I thought you said he was supposed to bring him some

24  steak?

25  AV:  You have one minute remaining.

202410142014_50639_5094705726_127

1  SH:  No, I said he was hauling cows.

2  KM:  Oh.

3  SH:  I could drive out to Minnesota right now and bring back,

4  fucking, hundreds of pounds of meat, but I don't have no way

5  to haul it, dingdong, so it stays frozen—

6  KM:  [Unintelligible 00:25:15].

7  SH:  —for 12 fucking hours.

8  KM:  Yeah.  All right.  Hey, Shawn, thing's up.  Good night.

9  Just [Unintelligible 00:25:24]—

10  SH:  Oh, so, no, I'm saying that's a long trip with not

11  having a cooler truck—

12  KM:  Oh [Unintelligible 00:25:27], hey, can you text my

13  uncle—

14  SH:  —to keep it frozen.

15  KM:  —tell my uncle, tell my uncle I want a picture of my

16  grandma and my cousin, and take that block off his phone?

17  Tell my brother I saw, "What's up," and Roger, "Much love,

18  and keep your head up."  And ask him how much time he's gotta

19  do.  And, please, get me out of here.

20  SH:  All right.  I'll ask.  I'll ask Amir.

21  KM:  Just find out where birdbrain's son is.

22  SH:  I'm trying.

23  KM:  Charges.  He's here.  I'm telling you.  You just, you

24  just don't know how to do your job right lately.  I'm

25  wondering if you're hanging out with the wrong people.

202410142014_50639_5094705726_127

1   SH:  Oh, my God.  I'm just exhausted, that's what I am—

2   KM:  I'm kidding.

3   SH:  —mentally exhausted.

4   KM:  All right, Shawn, have a good night.

5   SH:  All right, bye.

6   KM:  Bye.

7

8   I, Christopher Ponce, state under penalty of perjury, under

9   the laws of the State of Washington, that I have prepared

10  this 24-page transcript regarding the file named

11  202410142014 50639 5094705726 127 to the best of my ability

12  on 1/27/25, in the Township of Tacoma, County of Pierce,

13  State of Washington.  I further certify that I am not in any

14  way interested in the outcome of the cause named in said

15  interview.

16  Christopher Ponce

17  Signature

18

19

20

21

22

23

24

25