# DEFENDANT'S EXHIBIT F
# Herman and Ryan Text/Call Log

**United States v. Kadin Hawkeye Lewis**
**CR-23-143-BLG-SPW**

| Msg Send Date | Msg Deliver Date | Originating Address | Destination Address |
|---|---|---|---|
| 7/30/2024 9:18 AM | 7/30/2024 9:18 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 5:08 PM | 7/30/2024 5:08 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 5:57 PM | 7/30/2024 5:57 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/30/2024 6:14 PM | 7/30/2024 6:14 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 6:15 PM | 7/30/2024 6:15 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 6:17 PM | 7/30/2024 6:17 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 6:28 PM | 7/30/2024 6:28 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 6:30 PM | 7/30/2024 6:30 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/30/2024 6:30 PM | 7/30/2024 6:30 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/30/2024 6:30 PM | 7/30/2024 6:30 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 8:40 PM | 7/30/2024 8:40 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/30/2024 8:42 PM | 7/30/2024 8:42 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 8:53 PM | 7/30/2024 8:53 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 9:24 PM | 7/30/2024 9:24 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/30/2024 9:25 PM | 7/30/2024 9:25 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/30/2024 9:26 PM | 7/30/2024 9:26 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/30/2024 9:26 PM | 7/30/2024 9:26 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 9:49 AM | 7/31/2024 9:49 AM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/31/2024 11:00 AM | 7/31/2024 11:00 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 11:06 AM | 7/31/2024 11:06 AM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/31/2024 11:12 AM | 7/31/2024 11:12 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 11:12 AM | 7/31/2024 11:12 AM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/31/2024 11:13 AM | 7/31/2024 11:13 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 11:43 AM | 7/31/2024 11:43 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 11:43 AM | 7/31/2024 11:43 AM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 7/31/2024 11:45 AM | 7/31/2024 11:45 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 2:15 PM | 7/31/2024 2:15 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 7/31/2024 5:58 PM | 7/31/2024 5:58 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 7:09 PM | 8/4/2024 7:09 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 7:11 PM | 8/4/2024 7:11 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/4/2024 7:12 PM | 8/4/2024 7:12 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 7:14 PM | 8/4/2024 7:14 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/4/2024 7:14 PM | 8/4/2024 7:14 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 7:17 PM | 8/4/2024 7:17 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/4/2024 7:19 PM | 8/4/2024 7:19 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 7:21 PM | 8/4/2024 7:21 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 8:31 PM | 8/4/2024 8:31 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 9:36 PM | 8/4/2024 9:36 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/4/2024 9:37 PM | 8/4/2024 9:37 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/4/2024 9:40 PM | 8/4/2024 9:40 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/6/2024 6:27 PM | 8/6/2024 6:27 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/6/2024 7:47 PM | 8/6/2024 7:47 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/6/2024 7:50 PM | 8/6/2024 7:50 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |

| | | | |
|---|---|---|---|
| 8/6/2024 7:51 PM | 8/6/2024 7:51 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/6/2024 7:54 PM | 8/6/2024 7:54 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/6/2024 8:12 PM | 8/6/2024 8:12 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/6/2024 8:15 PM | 8/6/2024 8:15 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/7/2024 6:44 PM | 8/7/2024 6:44 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/8/2024 9:21 PM | 8/8/2024 9:21 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/8/2024 9:24 PM | 8/8/2024 9:24 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/9/2024 8:47 AM | 8/9/2024 8:47 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/9/2024 9:20 AM | 8/9/2024 9:20 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/9/2024 12:07 PM | 8/9/2024 12:07 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/9/2024 12:07 PM | 8/9/2024 12:07 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/13/2024 7:14 PM | 8/13/2024 7:14 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/15/2024 3:31 PM | 8/15/2024 3:31 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/15/2024 3:58 PM | 8/15/2024 3:58 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/15/2024 4:09 PM | 8/15/2024 4:09 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:09 PM | 8/16/2024 7:09 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:14 PM | 8/16/2024 7:14 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:15 PM | 8/16/2024 7:15 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:20 PM | 8/16/2024 7:20 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:22 PM | 8/16/2024 7:22 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:23 PM | 8/16/2024 7:23 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:23 PM | 8/16/2024 7:23 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:24 PM | 8/16/2024 7:24 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:24 PM | 8/16/2024 7:24 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:26 PM | 8/16/2024 7:26 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:27 PM | 8/16/2024 7:27 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:28 PM | 8/16/2024 7:28 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:29 PM | 8/16/2024 7:29 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:30 PM | 8/16/2024 7:30 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/16/2024 7:31 PM | 8/16/2024 7:31 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/16/2024 7:37 PM | 8/16/2024 7:37 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/18/2024 2:01 PM | 8/18/2024 2:01 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/20/2024 4:01 PM | 8/20/2024 4:01 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/23/2024 3:17 PM | 8/23/2024 3:17 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/26/2024 9:56 AM | 8/26/2024 9:56 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/26/2024 9:57 AM | 8/26/2024 9:57 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/27/2024 5:29 PM | 8/27/2024 5:29 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/27/2024 5:33 PM | 8/27/2024 5:33 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/28/2024 9:50 AM | 8/28/2024 9:50 AM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 8/28/2024 9:54 AM | 8/28/2024 9:54 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/29/2024 1:58 PM | 8/29/2024 1:58 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 8/29/2024 7:32 PM | 8/29/2024 7:32 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:08 PM | 9/3/2024 8:08 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:08 PM | 9/3/2024 8:08 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |

| | | | |
|---|---|---|---|
| 9/3/2024 8:10 PM | 9/3/2024 8:10 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:11 PM | 9/3/2024 8:11 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:13 PM | 9/3/2024 8:13 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:17 PM | 9/3/2024 8:17 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:18 PM | 9/3/2024 8:18 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:19 PM | 9/3/2024 8:19 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:20 PM | 9/3/2024 8:20 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:20 PM | 9/3/2024 8:20 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:21 PM | 9/3/2024 8:21 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:22 PM | 9/3/2024 8:22 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:22 PM | 9/3/2024 8:22 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:24 PM | 9/3/2024 8:24 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/3/2024 8:25 PM | 9/3/2024 8:25 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:26 PM | 9/3/2024 8:26 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/3/2024 8:46 PM | 9/3/2024 8:46 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 4:18 PM | 9/4/2024 4:18 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 4:24 PM | 9/4/2024 4:25 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/4/2024 4:26 PM | 9/4/2024 4:26 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 4:28 PM | 9/4/2024 4:28 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/4/2024 4:28 PM | 9/4/2024 4:28 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 4:29 PM | 9/4/2024 4:29 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 4:29 PM | 9/4/2024 4:29 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/4/2024 4:30 PM | 9/4/2024 4:30 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 4:33 PM | 9/4/2024 4:33 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/4/2024 4:34 PM | 9/4/2024 4:34 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 5:21 PM | 9/4/2024 5:23 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 7:43 PM | 9/4/2024 7:43 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 7:45 PM | 9/4/2024 7:45 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 7:46 PM | 9/4/2024 7:46 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/4/2024 8:06 PM | 9/4/2024 8:06 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/5/2024 11:17 AM | 9/5/2024 11:17 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/5/2024 8:25 PM | 9/5/2024 8:25 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/6/2024 4:19 PM | 9/6/2024 4:19 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/7/2024 3:35 PM | 9/7/2024 3:35 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/12/2024 8:47 PM | 9/12/2024 8:47 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/13/2024 4:30 PM | 9/13/2024 4:30 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 5:44 PM | 9/18/2024 5:44 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 6:51 PM | 9/18/2024 6:51 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/18/2024 6:59 PM | 9/18/2024 6:59 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:00 PM | 9/18/2024 7:00 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:02 PM | 9/18/2024 7:02 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/18/2024 7:19 PM | 9/18/2024 7:19 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:21 PM | 9/18/2024 7:21 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/18/2024 7:21 PM | 9/18/2024 7:21 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |

| | | | |
|---|---|---|---|
| 9/18/2024 7:27 PM | 9/18/2024 7:27 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:29 PM | 9/18/2024 7:29 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:30 PM | 9/18/2024 7:30 PM | Ryan (406)490-9029 | Shawn (509)470-5726 |
| 9/18/2024 7:30 PM | 9/18/2024 7:30 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:32 PM | 9/18/2024 7:32 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/18/2024 7:39 PM | 9/18/2024 7:39 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/19/2024 5:21 PM | 9/19/2024 5:24 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/20/2024 2:13 PM | 9/20/2024 2:13 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/25/2024 10:42 AM | 9/25/2024 10:42 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 9/28/2024 7:06 PM | 9/28/2024 7:06 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 10/3/2024 3:45 PM | 10/3/2024 3:45 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 10/6/2024 10:50 AM | 10/6/2024 10:50 AM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 10/14/2024 7:34 PM | 10/14/2024 7:34 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |
| 10/14/2024 7:42 PM | 10/14/2024 7:42 PM | Shawn (509)470-5726 | Ryan (406)490-9029 |

| Date | Originating Number | Number Called |
|---|---|---|
| 10/15/2024 2:41 AM | 5094705726 | 4064909029 |
| 10/24/2024 7:03 PM | 5094705726 | 14064909029 |
| 8/9/2024 7:07 PM | 5094705726 | 4064909029 |
| 10/15/2024 8:25 PM | 5094705726 | 4064909029 |
| 7/31/2024 1:29 AM | 5094705726 | 4064909029 |
| 7/30/2024 4:17 PM | 5094705726 | 14064909029 |