# DEFENDANT'S EXHIBIT I
# 8.30.24 – Herman and Mallak Jail Call Transcript

**United States v. Kadin Hawkeye Lewis**
**CR-23-143-BLG-SPW**

202408301251_50639_5094705726_183

1  **KEY:**

2  **KM:   KAMRAN MALLAK**

3  **SH:   SHAWN HERMAN**

4  **AV:   Automated Voice**

5  AV: All phone calls are subject to monitoring and recording.

6  SH: Okay.

7  KM: Hello?

8  SH: Hello.

9  KM: How you doing [unintelligible] [00:00:10]?

10  SH: Huh?

11  KM: [unintelligible] [00:00:13], but he did, he did keep his

12  word.  He did say he'd come back.  [unintelligible]

13  [00:00:18].  His name is Matt.

14  SH: Yeah.  Matt?

15  KM: Matt?  Like—

16  SH: Oh, Matt.  Okay.

17  KM: Yeah.  Like a floor mat or—I think that's how you say

18  it.  You know what I mean.

19  SH: Yeah.

20  KM: Yeah.  So, say, so, I think where I left off was I was

21  trying to tell you, yeah, I've just been delusion thinking

22  that, and I think it was, it's just you've got to remember or

23  keep in mind that, that, that federal, federal charge, if

24  he's charged federally while he was state, while he was also

25

202408301251_50639_5094705726_183

1  state.  So, I don't get how they fucking think they can—You

2  know what I'm saying?

3  SH:  He could be delusion in their little fucking mind that

4  they beat a murder charge.

5  KM:  Yeah.  That was their fucking highlight of their career.

6  Let them think that.

7  SH:  Yeah.  We [unintelligible] [00:01:25] prison and he

8  fucking throws him out.  I think the murder's hard, but they

9  got me on this other one.

10  KM:  Oh, no.  He's not getting away with that.

11  SH:  Huh?

12  KM:  He's not getting away with it, that one also.

13  SH:  I know.  I'm just saying.

14  KM:  You know, I was saying, I was telling Matt.  I was just

15  telling him that, "You know what?"  I would end up just

16  thinking to myself, just today as a matter of fact, and this

17  is true by the way.  I thought about it last night and then

18  today that I'm really getting sick of talking to her.  You

19  know what I'm saying?

20  SH:  What did he say?

21  KM:  He said, "Well, that's totally up to you."  And, and I

22  wasn't telling him that.

23  AV:  You have one minute remaining.

24  KM:  I was just telling him that for personally, like, I

25  really don't give a fuck.  I'm not attached to this girl.  I

202408301251_50639_5094705726_183

1  don't have no loyalty to her.  I don't really give a fuck

2  about her is what I'm saying.  You know what I mean?  I

3  don't, I feel sorry for her.  I feel bad for her.  She needs

4  help too.

5  SH:  They all need fucking help.

6  KM:  I just want to get it done.

7  SH:  I know.  I've got to put money in my account.  Hold on.

8  KM:  Fuck it.  I know.  [unintelligible] [00:02:32], but I

9  know they've got a job to do.  I know that it's—They're not

10 working on a Saturday.  Just talk.  Can you just talk not

11 even about anything?  He saw my uncle, but he talked to my

12 uncle for me.

13 SH:  Oh, good.

14 KM:  You know, he just, [unintelligible] [00:02:51], "When I

15 come back to Billings," he'll come stop by and talk to me and

16 he did.

17 SH:  So, he went up and talked to your uncle.  Are you sure

18 your uncle knows what's going on?

19 KM:  Oh, yeah.  He didn't talk to him.  He called him.  They

20 know each other.

21 AV:  Your time is up.

22

23

24

25

202408301251_50639_5094705726_183

I, Anna R. Browder, state under penalty of perjury, under the laws of the State of South Carolina, that I have prepared this 4-page transcript regarding the file named 202408301251_50639_5094705726_183 to the best of my ability on January 25, 2025, in the Town of Irmo, County of Richland, State of South Carolina. I further certify that I am not in any way interested in the outcome of the cause named in said interview.

*Anna R. Browder*

_____

Signature