STEVEN C. BABCOCK
GILLIAN E. GOSCH
Assistant Federal Defenders
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
steven_babcock@fd.org
gillian_gosch@fd.org
     Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-23-143-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S OPPOSED MOTION TO DISMISS SUPERSEDING INDICTMENT DUE TO SPOILATION OF EVIDENCE |
| KADIN HAWKEYE LEWIS, | |
| Defendant. | |

Comes now the Defendant, KADIN HAWKEYE LEWIS, through his counsel, Steven C. Babcock and Gillian E. Gosch, Assistant Federal Defenders, and the Federal Defenders of Montana, and moves this Court for an order dismissing the Superseding Indictment for Spoilation of Evidence.

The undersigned has contacted Jeff Starnes, counsel for the United States, who indicates that the Government opposes the relief sought by this Motion.

RESPECTFULLY SUBMITTED this 30th day of June, 2025.

        /s/ Steven C. Babcock
        STEVEN C. BABCOCK
        Federal Defenders of Montana
           Counsel for Defendant

        /s/ Gillian E. Gosch
        GILLIAN E. GOSCH
        Federal Defenders of Montana
           Counsel for Defendant

CERTIFICATE OF SERVICE
L.R.5.2(b)

I hereby certify that on June 30, 2025, a copy of the foregoing document was served on the following persons by the following means:

1, 2    CM-EDF
____    Hand Delivery
_3_    Mail
____    Overnight Delivery Service
____    Fax
____    E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   Assistant United States Attorney
   United States Attorney's Office
   119 First Ave. North, #300
   Great Falls, MT 59401
       Counsel for the United States of America

3. KADIN HAWKEYE LEWIS
       Defendant

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
    Counsel for Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant