STEVEN C. BABCOCK
GILLIAN E. GOSCH
Assistant Federal Defenders
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
steven_babcock@fd.org
gillian_gosch@fd.org
      Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | Case No. CR-23-143-BLG-SPW<br><br>**DEFENDANT'S OPPOSED MOTION TO SUPPRESS EVIDENCE** |

    Comes now the Defendant, KADIN HAWKEYE LEWIS, through his counsel, Steven C. Babcock and Gillian E. Gosch, Assistant Federal Defenders, and the Federal Defenders of Montana, and moves this Court for an order suppressing all evidence seized under the authority of a two search warrants issued by the Sixth Judicial District Court of Montana, Park County.  Mr. Lewis moves this Court for

an order suppressing all evidence obtained in violation of the Fourth Amendment of the United States Constitution. The search warrants and/or execution of the search warrants were in violation of the Fourth Amendment. The warrants are attached to the Defendant's Supporting Brief as Exhibits.

The undersigned has contacted Jeff Starnes, counsel for the United States, who indicates that the Government opposes the relief sought by this Motion.

RESPECTFULLY SUBMITTED this 30th day of June, 2025.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R.5.2(b)

I hereby certify that on June 30, 2025, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
\_\_\_   Hand Delivery
 3   Mail
\_\_\_   Overnight Delivery Service
\_\_\_   Fax
\_\_\_   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   Assistant United States Attorney
   United States Attorney's Office
   119 First Ave. North, #300
   Great Falls, MT 59401
       Counsel for the United States of America

3. KADIN HAWKEYE LEWIS
       Defendant

                         /s/ Steven C. Babcock
                         STEVEN C. BABCOCK
                         Federal Defenders of Montana
                                Counsel for Defendant

                        /s/ Gillian E. Gosch
                         GILLIAN E. GOSCH
                         Federal Defenders of Montana
                                Counsel for Defendant