FILED
07/15/2024
*Molly Bradberry*
CLERK
Park County District Court
STATE OF MONTANA
By: *Molly Bradberry*
DC-34-2022-0000107-IN
Bidegaray, Kathy
148.00

MICHAEL J. GEE
SELENE KOEPKE
Assistant Attorneys General
Special Deputy Park County Attorneys
P.O. Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-2026
michael.gee@mt.gov
selene.koepke@mt.gov

KENDRA K. LASSITER
Park County Attorney
414 East Callender Street
Livingston, MT 59047
Telephone: (406) 222-4150
countyattorney@parkcounty.org

COUNSEL FOR THE STATE

MONTANA SIXTH JUDICIAL DISTRICT COURT
PARK COUNTY

| STATE OF MONTANA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KADIN LEWIS,<br><br>　　　　　Defendant. | Cause No. DC-34-2022-107<br>*The Honorable Katherine Bidegaray*<br><br>**STATE'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE** |
|---|---|

　　　Michael J. Gee and Selene M. Koepke, Assistant Attorneys General and Special Deputy Park County Attorneys, hereby move the Court for an order dismissing this case without prejudice.

　　　While the State maintains to a probable cause level that the Defendant killed ▬▬▬▬▬▬▬, after evaluating and reevaluating the evidence against the Defendant, the State does not believe it can prove beyond a reasonable doubt the Defendant killed ▬▬▬▬▬▬▬, at this time.

In preparing for trial, it became clear the State simply cannot proceed without more investigation. Considering the state of the evidence, the prudent approach is to dismiss the case without prejudice rather than ask for a continuance which most likely would be opposed and not granted by this Court.

Moreover, the Defendant is being held on a federal detainer for crimes uncovered during the investigation of this case. The United States Attorney's Office has been waiting to proceed with their Indictment until after this case concluded. Therefore, once this case is dismissed, the Defendant and the USAO can proceed with bringing their case to a resolution.

The defense has been contacted and they have no objection to this motion.

Dated this 15th day of July 2024.

    MICHAEL J. GEE
    SELENE KOEPKE
    Assistant Attorneys General
    Special Deputy Park County Attorneys

    KENDRA LASSITER
    Park County Attorney

BY:   MICHAEL J. GEE

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing document to be emailed only to:

>Honorable Katherine Bidegaray
>kbidegaray@mt.gov

DATED:   07/15/2024                              */s/ Megan Schneckloth*