IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | Case No. CR-23-143-BLG-SPW<br><br>ORDER TO EXTEND DEADLINE TO FILE DEFENDANT'S REPLY BRIEFS TO GOVERNEMENT'S RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS |

Upon the Defendant's Unopposed Motion to Extend Deadline to File Defendant's Reply Briefs to Government's Responses to Defendant's Pretrial Motions (Doc. 99), and for good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to file a reply brief to each of the three Government's response briefs is extended up to and including **July 29, 2025.** Due to this extension,

**IT IS FURTHER ORDERED** that the trial in this matter presently set for Monday, August 18, 2025 at 9:00 a.m. is **VACATED** pending the ruling on Defendant's three Motions (Docs. 81, 84, 86).

1

The Clerk of Court is directed to notify counsel and the U.S. Marshal's Office of the making of this Order.

DATED this 18th day of July, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE