**JEFFREY K. STARNES**
**BENJAMIN D. HARGROVE**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. N., Suite 300**
**Great Falls, MT  59401**
**Phone:    (406) 761-7715**
**Fax:        (406) 453-9973**
**E-mail:   jeff.starnes@usdoj.gov**
**               benjamin.hargrove@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KADIN HAWKEYE LEWIS,**<br><br>**Defendant.** | **CR 23-143-BLG-SPW**<br><br><br>**UNITED STATES' NOTICE OF WITNESSES FOR MOTIONS HEARING** |

The United States of America, represented by Jeffrey K. Starnes and

Benjamin D. Hargrove, Assistant United States Attorneys for the District of

Montana, pursuant to the Court's Order dated July 22, 2025 (Doc. 101), notifies

1

the Court and opposing counsel that the government intends to call the following

witnesses at the motions hearing on September 5, 2025:

- Matthew Deurmeier, Special Agent, FBI

- Brian Green, Detective, Park County Sheriff's Office

- Jason Hopkin, Detective, Park County Sheriff's Office

Dated this 25th day of August 2025.


KURT G. ALME
United States Attorney

*/s/ Jeffrey K. Starnes*
JEFFREY K. STARNES
BENJAMIN D. HARGROVE
Assistant U.S. Attorneys
Attorneys for Plaintiff