STEVEN C. BABCOCK
GILLIAN E. GOSCH
Assistant Federal Defenders
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
steven_babcock@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | Case No. CR-23-143-BLG-SPW<br><br><br>**MOTION TO CHANGE PLEA** |

COMES NOW, Defendant Kadin Hawkeye Lewis, by and through his Counsel of record, Steven C. Babcock and Gillian E. Gosch, Assistant Federal Defenders, and the Federal Defenders of Montana, and hereby moves this Court to allow him to enter a plea of guilty to Count 1 of the Indictment. Counts 2 and 3 will be dismissed at sentencing. Plea agreement to follow.

Mr. Lewis is currently in custody at Yellowstone County Detention Center.

This motion certifies that all parties to the case have been informed of the defendant's intent to plead guilty.

RESPECTFULLY SUBMITTED this 12th day of January 2026.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on January 12, 2026, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   BENJAMIN D. HARGROVE
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States

3. KADIN HAWKEYE LEWIS
       Defendant

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
    Counsel for Defendant