# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | Case No. CR-23-143-BLG-SPW<br><br><br>ORDER SETTING<br>CHANGE OF PLEA HEARING |

Defendant, Kadin Hawkeye Lewis, having filed a Motion to Change Plea and good cause appearing therefore;

IT IS HEREBY ORDERED that a Change of Plea Hearing is scheduled for the _____ day of _____, 2026, at _____ \_\_\_.m.

DATED this \_\_\_\_\_ day of _____, 2026.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE