IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | CR 23-143-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 116) on January 12, 2026,

IT IS HEREBY ORDERED that the trial set for January 20, 2026 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Wednesday, January 21, 2026 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between January 12, 2026 and January 21, 2026 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **January 19, 2026**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of January, 2026.

                                            SUSAN P. WATTERS
                                            U.S. DISTRICT JUDGE