STEVEN C. BABCOCK
GILLIAN E. GOSCH
Assistant Federal Defenders
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
gillian_gosch@fd.org
        Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KADIN HAWKEYE LEWIS,<br><br>Defendant. | **Case No. CR-23-143-BLG-SPW**<br><br><br>**DEFENDANT'S<br>SENTENCING MEMORANDUM** |

COMES NOW the Defendant, KADIN HAWKEYE LEWIS, by and through

his counsel of record, STEVEN C. BABCOCK, GILLIAN E. GOSCH and the

FEDERAL DEFENDERS OF MONTANA, and offers this Sentencing

Memorandum to this Honorable Court for Kadin's sentencing to be held on May 20,

2026.

1

## I.    INTRODUCTION

Kadin entered into a plea agreement with the government.  Doc. 118. Kadin has entered a guilty plea to Count I of the Superseding Indictment:  Possession of Unregistered Destructive Devices, in violation of 26 U.S.C. § 5861(d).  Pursuant to the terms of the plea agreement, if the Court accepts the plea agreement, the government will move to dismiss Counts II and III of the Superseding Indictment. Additionally, the respective parties have agreed to jointly recommend a sentence of 120 months.  Doc. 118 #6.

## II.    ADVISORY GUIDELINE RANGE

The guidelines are the starting point in a sentencing proceeding.  *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008) (en banc).  This Court then is to consider the § 3553(a) factors.  *Id.*  The guidelines are not to be presumed reasonable nor should the guidelines be given more or less weight than any other factor.  *Id.*  The PSR has calculated the advisory guideline range at 37-46 months.  PSR #53.  Kadin does not object to the advisory guideline range.  However, as stated above, pursuant to the terms of the Plea Agreement the respective parties will request a sentence of 120 months.

## III.    18 U.S.C. § 3553(a)

### A.    The Nature and Circumstances of the Offense

Kadin has entered a guilty plea to Possession of Unregistered Destructive

Devices.  Kadin will be sentenced for Count I of the Superseding Indictment, not Counts II and III.  The presumption of innocence is a fundamental legal principle. It goes back thousands of years and is cornerstone of the rule of law in criminal proceedings.  In practice, the presumption of innocence means that from the moment a person is charged until a verdict is reached, a person is legally treated as innocent. Despite this bedrock principle, multiple media outlets falsely reported that Kadin admitted to preparing for an attack on Chico Hot Springs and that he admitted to hoarding explosives for a plot to attack Chico Hot Springs.  This is not true; no such admissions were made nor have they been proven.

Kadin was in possession of Molotov cocktails.  There is no evidence that he actually used the Molotov cocktails in any capacity.  The journal entries by a young man that suffers from a severe lifelong mental defect do not establish guilt.  It is respectfully requested that this Court accept the Plea Agreement.

**B.     History and Characteristics**

Kadin is a 24-year-old male with documented mental health issues.  Kadin has been diagnosed with autism spectrum disorder.  This is a severe neurodevelopmental disorder.  Kadin has been evaluated at the Galen Forensic Mental Health Facility and by Dr. Low with the Bureau of Prisons.  There is no doubt that Kadin is mentally compromised.

Kadin had a difficult childhood.  His mother has had her own issues and his father passed away during Kadin's adolescence.  Kadin's mental health issues

3

caused him to be bullied at school and he became isolated.  Behavioral patterns commonly associated with autism spectrum disorder are repetition, strict routines and intense focus on specific interests.  In meeting with Kadin, it is obvious that he struggles with social interactions.  However, he is also kind and thoughtful once trust has been gained.  His letters of support from his grandmother and mother give an accurate depiction of his character.

Kadin's goal is to work on a ranch.  He has a deep appreciation for animals and would thrive in this type of work environment.  He can and will do well in the future if there is structure.  Supervised release would provide the structure that he needs.

**C.    Seriousness of the Offense, Respect for the Law, and Just Punishment**

This is a serious offense.  It is respectfully requested that the Court accept the plea agreement and impose a sentence of 120 months with supervised release to follow.

RESPECTFULLY SUBMITTED this 6th day of May, 2026.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
    Counsel for Defendant


/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on May 6, 2026, a copy of the foregoing document was served on the following persons by the following means:

1, 2    CM-EDF
_____    Hand Delivery
 3     Mail
_____    Overnight Delivery Service
_____    Fax
_____    E-Mail

1.      CLERK, UNITED STATES DISTRICT COURT

2.      JEFFREY K. STARNES
       Assistant United States Attorneys
       United States Attorney's Office
       PO Box 3447
       119 1st Avenue North, Suite 300
       Great Falls, MT 59403
           Counsel for the United States

3.      KADIN HAWKEYE LEWIS
           Defendant

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
      Counsel for Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
      Counsel for Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Brief is in compliance with Local Rule 12.1(e).  The Brief's line spacing is double spaced.  The brief is proportionately spaced, the body of the argument has a Times New Roman typeface, 14 point size and contains 674 words, excluding tables and certificates.

DATED this 6th day of May, 2026.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
    Counsel for Defendant


/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant