# DEFENDANT'S EXHIBIT A
## Support Letters x2

**United States v. Kadin Hawkeye Lewis**

**CR-23-143-BLG-SPW**

The Honorable Susan Watters
United States District Court

Dear Judge Watters

My name is Marlene Olsen, and I am Kadin's grandmother. I am writing to you respectfully, with faith and hope, to share who Kadin truly is and to ask that the Court consider a placement that would help him grow and prepare for the future.

I have known Kadin all his life. He is a sensitive and caring young man, a gentle soul, and an animal lover. He has always shown kindness in quiet and meaningful ways. He is a great grandson, and I miss him dearly every day.

As a woman of faith, I believe that every person has the ability to change and grow. Kadin has had time to reflect while in custody since September 19, 2022, and he has shown remorse for his choices. I have seen maturity in him and a sincere desire to use this time to become a better person.

Kadin does well when he has structure, guidance, and responsibility. He works with his hands, learns quickly in practical settings, and responds positively to routine and accountability. I truly believe that if he is placed in a facility that offers vocational training or work programs, he will use that opportunity to develop useful skills, build confidence, and prepare for a stable future.

Our family stands ready to support him. We pray for him daily and are committed to helping him live responsibly and successfully when he returns home. I have faith that, with guidance and opportunities, Kadin can leave custody as a skilled, disciplined, and caring young man.

Thank you for your time and consideration. I respectfully ask that you consider a placement that gives Kadin the chance to learn, grow, and prepare for a better life.


With respect and hope,

Marlene Olsen
Grandmother of Kadin Lewis

February 23, 2026

The Honorable Susan Watters
United States District Court

Dear Judge Watters,

I am writing to the Court as Kadin's mother to respectfully share who he is beyond the circumstances that bring him here today and to offer my sincere recommendation regarding his future.

Kadin is not defined by one mistake or one chapter of his life. He is a sensitive, caring young man with a gentle nature and a deep love for animals. He has always had a good heart. Throughout his life, Kadin has faced challenges related to cognitive delay and mild autism. He learns differently than others and often requires additional time, structure, and repetition to master tasks. Socially and academically, he has worked harder than most to reach milestones that others achieve more easily.

Kadin lost his father at the age of ten, a loss he never fully processed. That absence deeply affected him during important developmental years. Despite these hardships, he remained loving, respectful, and closely connected to his family. He is a good son, a loyal friend, and someone who cares deeply about the people in his life. I miss him every day.

Kadin has always thrived when given structure, responsibility, and purpose. He learns best through hands-on work. Our family spent time in the mountains cutting and selling firewood, and Kadin took great pride in that responsibility. He learned to operate a log splitter, stack, load, and unload wood, and safely handle a chainsaw. He understood what hard work meant and enjoyed earning money through physical labor. Having direction and clear expectations helped him feel capable and confident.

He set goals for himself. He wanted to obtain his driver's license and attempted the written test multiple times. Though he became discouraged after not passing, he continued trying. He also expressed a strong desire to serve in the United States Army, and we met with a recruiter in Bozeman. Unfortunately, he was unable to

pass the required written testing. Still, his willingness to try reflected his desire to build a future and serve with purpose.

Kadin graduated from high school in 2021, an achievement that required significant determination and effort. He was very proud of himself, and so was I.

Since being in custody beginning September 19, 2022, Kadin has had significant time to reflect. I have seen growth and maturity in him. He understands the seriousness of his situation and has expressed genuine remorse for the decisions that led him here. More importantly, he has expressed a sincere desire to return home as a better man and to build a stable, responsible life.

I respectfully ask the Court to consider placement in a facility that offers strong vocational training and meaningful work opportunities. Learning a trade such as HVAC, welding, carpentry, electrical work, or another certified skill would allow him to use his time constructively and leave custody with practical, employable abilities. Structured training and work would provide the discipline, confidence, and sense of accomplishment that he needs to succeed.

Kadin is someone who needs productivity and purpose. Idleness would not serve him. An environment that emphasizes accountability, structure, and skill-building would help ensure he returns to society prepared to live responsibly and independently.

He has strong family support waiting for him. I am fully committed to helping him maintain stability, accountability, and direction upon his return home. I truly believe that with the right placement and opportunities, Kadin can return to society as a productive, skilled, and compassionate individual.

Thank you for taking the time to consider my perspective as his mother and to see the whole person beyond the charges before the Court. I respectfully ask that this time be used constructively so that Kadin may return to society better prepared for a positive future.

Respectfully submitted,
Rachel Marker
Mother of Kadin Lewis