# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-143-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KADIN HAWKEYE LEWIS, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Forfeiture Allegation Contained in Indictment (Doc. 129), and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the superseding indictment (Doc. 20) is **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of May, 2026.

SUSAN P. WATTERS
United States District Court Judge

1